```
FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 1 - 2017 ★
BROOKLYN OFFICE
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

KADEIDRA DAWSON
on behalf of herself and
all other similarly situated consumers

        Plaintiff,

-against-

ENHANCED RECOVERY COMPANY, LLC

        Defendant.

---

Case No.

1:17-cv-01117-ENV-RML

STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys for the parties to the above-entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and or person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued with prejudice without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: Brooklyn, New York
       July 24, 2017

/s/ Maxim Maximov
Maxim Maximov, Esq.
Maxim Maximov, LLP
Attorney for the Plaintiff
1701 Avenue P
Brooklyn, New York 11229
Office: (718) 395-3459
Facsimile: (718) 408-9570
E-mail: m@maximovlaw.com

Dated: New York, New York
       July 24, 2017

/s/ Peter G. Goodman
Peter G. Goodman, Esq.
Smith Gambrell & Russell LLP
Attorney for the Defendant
1301 Avenue of the Americas, 21st Floor
New York, New York 10019
Office: (212) 907-9700
Fax: (212) 907-9800
E-mail: pgoodman@sgrlaw.com

**Application Granted**
**SO ORDERED**
**Brooklyn, New York**
Dated: 8/1/17

/s/ (ENV)

Eric N. Vitaliano
United States District Judge

The Clerk is directed to close this case.